No. 81–1.   GOLDSBORO CHRISTIAN SCHOOLS, INC. *v.*
UNITED STATES; and

No. 81–3.   BOB JONES UNIVERSITY *v.* UNITED STATES.
C. A. 4th Cir.   [Certiorari granted, *ante*, p. 892.]   Motion of
Goldsboro Christian Schools, Inc., for divided argument and
for additional time for oral argument denied.   Motion of
Trent Lott for leave to file a brief as *amicus curiae* in No.
81–3 granted.

No. 81–349.   CHICAGO BRIDGE & IRON CO. *v.* CATERPIL-
LAR TRACTOR CO. ET AL.   Sup. Ct. Ill.   [Probable jurisdic-
tion noted, *ante*, p. 1029.]   Motion of appellees for additional
time for oral argument denied.   Motion of appellees for di-
vided argument granted.   JUSTICE POWELL and JUSTICE
O'CONNOR took no part in the consideration or decision of
these motions.

No. 81–614.   GRIFFIN *v.* OCEANIC CONTRACTORS, INC.
C. A. 5th Cir.   [Certiorari granted, *ante*, p. 1052.]   Motion
of petitioner for leave to proceed further herein as a seaman
granted.

No. 81–792.   HINDS ET AL. *v.* CONSOLIDATED RAIL CORP.
ET AL.   Sp. Ct. R. R. R. A.   Motion of petitioners to expe-
dite consideration of the petition and set case for argument in
tandem with No. 81–213, *Schweiker, Secretary of Health and
Human Services* v. *Hogan et al.* [probable jurisdiction noted,
*ante*, p. 891], denied.

No. 81–1068.   RYAN ET AL. *v.* OTTO ET AL.   D. C. N. D.
Ill.   Appellees are directed to file motions to dismiss or af-
firm on or before December 31, 1981.   In all other respects,
the motion of appellants to expedite is denied.   JUSTICE
MARSHALL dissents and would deny the motion to expedite.

No. 81–5632.   IN RE DOWNS.   Petition for writ of manda-
mus denied.